IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § § | Criminal No 4:21-CR-271 SDJ/KPJ |
| KRISTINA WYATT | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATON OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency. The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is not competent because Defendant is unable to understand the nature and consequences of the proceedings against her, and unable to assist her attorney in her defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency is **ADOPTED**. It is further **ORDERED** Defendant be committed to the custody of the Attorney General. Upon commitment, the Attorney General should be directed to hospitalize Defendant for treatment in a suitable facility for such a reasonable period of time, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future, Defendant will attain the capacity to permit the trial to proceed. *See* 18 U.S.C. § 4241(d). On or before the end of this four-month period, the Attorney General or his designee should file a report on the mental state of Defendant. *See* 18 U.S.C. § 4241(e). Upon receipt of such report, the undersigned will revisit the issue of Defendant's competency to stand trial pursuant to 18 U.S.C. § 4241(d). *See id.*

**So ORDERED and SIGNED this 24th day of August, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE