IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | Criminal No 4:21-CR-271 SDJ/KPJ |
| | § | |
| KRISTINA WYATT | § | |

### ORDER ADOPTING REPORT AND RECOMMENDATON OF UNITED STATES MAGISTRATE JUDGE

Before the Court is a Report and Recommendation of the United States Magistrate Judge regarding Defendant's competency. The parties have not filed objections to the Report.

Having conducted an independent review, the Court concludes that Defendant is competent because Defendant is able to understand the nature and consequences of the proceedings against her, and able to assist her attorney in her defense.

It is therefore **ORDERED** that the Report and Recommendation of the United States Magistrate Judge on Defendant's competency is **ADOPTED**. It is further **ORDERED** that Defendant, Kristina Wyatt, is competent. The speedy trial time is excluded from September 2, 2021, until the date of this Order.

So ORDERED and SIGNED this 23rd day of April, 2023.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE